UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25 CR 274 JWB/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 8 U.S.C. § 1326(a) |
| | 21 U.S.C. § 841(a)(1) |
| v. | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 846 |
| (1) JOEL CASAS-SANTIAGO, and | 21 U.S.C. § 853(a)(1) |
| | 21 U.S.C. § 853(a)(2) |
| (2) GUILLERMO MERCADO-CHAPARRO, | |
| a/k/a "Oscar Perez-Chavez," | |
| a/k/a "Oscar Perez," | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

On or about July 7, 2025, in the State and District of Minnesota, the defendants,

**JOEL CASAS-SANTIAGO**, and
**GUILLERMO MERCADO-CHAPARRO**,
a/k/a "Oscar Perez-Chavez,"
a/k/a "Oscar Perez,"

did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

SCANNED
JUL 16 2025
U.S. DISTRICT COURT MPLS

*United States v. Joel Casas-Santiago et al.*

## COUNT 2
(Illegal Reentry by Removed Alien)

On or about July 7, 2025, in the State and District of Minnesota, the defendant,

**GUILLERMO MERCADO-CHAPARRO**,
a/k/a "Oscar Perez-Chavez,"
a/k/a "Oscar Perez,"

an alien, was found in the United States after having been removed therefrom on or about June 15, 2004, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendants,

**JOEL CASAS-SANTIAGO**, and
**GUILLERMO MERCADO-CHAPARRO**,
a/k/a "Oscar Perez-Chavez,"
a/k/a "Oscar Perez,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit,

*United States v. Joel Casas-Santiago et al.*

or to facilitate the commission of said violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY   FOREPERSON