# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:        25-CR-274(1) JWB/DTS |
| | ) | Date:            April 14, 2026 |
| v. | ) | Court Reporter: Lori Morrow |
| | ) | Courthouse:    St. Paul |
| JOEL CASAS-SANTIAGO, | ) | Courtroom:      7A |
| | ) | Time Commenced: 2:00 p.m. |
| Defendant. | ) | Time Concluded:    2:43 p.m. |
| | ) | Time in Court:      43 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:      Timothy Campbell Warner, Assistant United States Attorney
    For Defendant:    Thomas H. Shiah, CJA
    Language/Interpreter:   Marianne McEvoy

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**
    ☒ PLEA:
        ☒ Guilty as to Count 1 of the Indictment.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

s/ D. Dodd
Courtroom Deputy