# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

GUILLERMO MERCADO-CHAPARRO, *a/k/a* OSCAR PEREZ-CHAVEZ, OSCAR PEREZ,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 25-CR-274(2) JWB/DTS
Date: November 18, 2026
Court Reporter: Lori Morrow
Courthouse: St. Paul
Courtroom: 7A
Time Commenced: 2:10 PM
Time Concluded: 2:47 PM
Sealed Hearing Time:
Time in Court: 37 Minutes

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Timothy Campbell Warner, Assistant United States Attorney
For Defendant: Jill A. Brisbois, CJA
Language/Interpreter: Constanza Raber

x **Sentencing.**

IT IS ORDERED: Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 28 months | | n/a | | |

**Said terms to run☐ concurrently ☐ consecutively**

- x Special conditions of : **See J&C for special conditions**
  - x Defendant sentenced to pay:
    - x Special assessment in the amount of $100.00.
- x Plea and plea agreement accepted.
- x On Motion of the Gov't., Count 2 of the indictment is dismissed as to this defendant only.
- x Defendant remanded to the custody of the U.S. Marshal.

s/D. Dodd
Courtroom Deputy